Decided February 22, 1995

STATE OF CONNECTICUT *v.* PAUL ANGELL

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 383 (AC 12359), is granted, limited to the following issues:

"1. Whether the Appellate Court was correct in concluding that the defendant's federal constitutional rights of confrontation were not violated when the trial court admitted into evidence constancy of accusation testimony.

"2. Whether the Appellate Court was correct in concluding that the defendant's exception to the trial court's failure to instruct the jury on the credibility of a child witness was inadequate to preserve the issue for appeal."

The Supreme Court docket number is SC 15206.

*R. Jeffrey Lyman, Patricia E. McCooey* and *Linda L. Morkan,* in support of the petition.

*Pamela S. Meotti,* deputy assistant state's attorney, in opposition.

Decided February 22, 1995